1  SEYFARTH SHAW LLP
   Jeffrey A. Berman (SBN 50114)
2  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
3  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
4
   SEYFARTH SHAW LLP
5  Alfred L. Sanderson (SBN 186071)
   400 Capitol Mall, Suite 2350
6  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
7  Facsimile:  (916) 558-4839

8  Attorneys for Defendant
   ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
9  DBA ST. HELENA HOSPITAL CLEARLAKE

10                      UNITED STATES DISTRICT COURT

11                      EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RAMSEY and PETRA MITCHELL, on behalf of themselves and all others similarly situated, and the general public, | Case No. 2:11-cv-01900-WBS-GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE** |
| v. | |
| ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation; | Complaint Filed: July 19, 2011 |
| Defendant. | |

    Plaintiffs PATRICIA RAMSEY and PETRA MITCHELL, and Defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. DBA ST. HELENA HOSPITAL CLEARLAKE (collectively "the Parties"), by and through their counsel, enter into this stipulation to request a continuance of the Scheduling Conference from the currently set date of November 14, 2011 to January 9, 2012.

---

STIPULATION  AND [PROPOSED] ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE
13872814v.1

1  The parties make this joint request for a continuance of the Scheduling Conference on the
2  belief that good cause exists for doing so as set forth below:
3  WHEREAS, the Court set a Scheduling Conference in this matter for November 14, 2011
4  at 2:00 p.m.;
5  WHEREAS, the parties stipulated that Defendant's last day to respond to the complaint
6  shall be November 23, 2011;
7  WHEREAS, the Scheduling Conference should occur after defendant files its responsive
8  pleading to the complaint.
9  IT IS HEREBY STIPULATED AND AGREED by the parties that the Court should
10  continue the Scheduling Conference from November 14, 2011 to **January 9, 2012 at 2:00 p.m**.
11  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

12
13  DATED: October ___, 2011                    SEYFARTH SHAW LLP
14
15                                               By   s/ Alfred L. Sanderson, Jr.
                                                      Alfred L. Sanderson, Jr.
                                                 Attorneys for Defendant
16                                               ADVENTIST HEALTH CLEARLAKE
                                                 HOSPITAL, INC. DBA ST. HELENA
17                                               HOSPITAL CLEARLAKE
18
19  DATED: October ____, 2011                   HOFFMAN EMPLOYMENT LAWYERS, LLP
20
21                                               By   s/ Michael Hoffman
                                                      Michael Hoffman
22                                               Attorneys for Plaintiffs
                                                 PATRICIA RAMSEY
23                                               PETRA MITCHELL

24  **IT IS SO ORDERED:**
25  DATED:  October 26, 2011
26
27                                               WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE
28
-2-
STIPULATION AND [PROPOSED ORDER] TO CONTINUE JOINT SCHEDULING CONFERENCE

13872814v.1