SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson (SBN 186071)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RAMSEY and PETRA MITCHELL, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation;<br><br>Defendant. | Case No. 2:11-cv-01900-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE**<br><br>Complaint Filed: July 19, 2011 |

Plaintiffs PATRICIA RAMSEY and PETRA MITCHELL, and Defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. DBA ST. HELENA HOSPITAL CLEARLAKE (collectively "the Parties"), by and through their counsel, enter into this stipulation to request a continuance of the Scheduling Conference from the currently set date of November 14, 2011 to January 9, 2012.

The parties make this joint request for a continuance of the Scheduling Conference on the belief that good cause exists for doing so as set forth below:

WHEREAS, the Court set a Scheduling Conference in this matter for November 14, 2011 at 2:00 p.m.;

WHEREAS, the parties stipulated that Defendant's last day to respond to the complaint shall be November 23, 2011;

WHEREAS, the Scheduling Conference should occur after defendant files its responsive pleading to the complaint.

IT IS HEREBY STIPULATED AND AGREED by the parties that the Court should continue the Scheduling Conference from November 14, 2011 to **January 9, 2012 at 2:00 p.m**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October ___, 2011                    SEYFARTH SHAW LLP

By   s/ Alfred L. Sanderson, Jr.
        Alfred L. Sanderson, Jr.
Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE
HOSPITAL, INC. DBA ST. HELENA
HOSPITAL CLEARLAKE

DATED: October ____, 2011                    HOFFMAN EMPLOYMENT LAWYERS, LLP

By   s/ Michael Hoffman
        Michael Hoffman
Attorneys for Plaintiffs
PATRICIA RAMSEY
PETRA MITCHELL

**IT IS SO ORDERED:**

DATED:  October 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED ORDER] TO CONTINUE JOINT SCHEDULING CONFERENCE

13872814v.1