SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
Ferry Eden Lopez (SBN 274080)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., DBA ST. HELENA HOSPITAL CLEARLAKE; ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:11-cv-01900-WBS-GGH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR (1) FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT; (2) VOLUNTARY WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS; AND (3) EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: July 19, 2011 |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Eastern District Local Rule 144(a), plaintiffs RICHARD ALLEN, PATTIE DUKE, PETRA

1

1  MITCHELL, PATRICIA RAMSEY AND ALICIA JACKSON (collectively "Plaintiffs") and
2  defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. DBA ST. HELENA
3  HOSPITAL CLEARLAKE (the "Hospital"), collectively "the Parties", by and through their
4  counsel, stipulate and agree as follows:
5      WHEREAS, Plaintiffs filed their original complaint (the "Complaint") in this action on
6  July 19, 2011;
7      WHEREAS, the Hospital accepted service of the Complaint on October 7, 2011;
8      WHEREAS, Plaintiffs filed their first amended complaint (the "First Amended
9  Complaint") in this action on December 14, 2011;
10     WHEREAS, the Hospital filed a motion to dismiss Plaintiffs' First Amended Complaint
11 on January 27, 2012;
12     WHEREAS, Plaintiffs' opposition, if any, to the Hospital's motion to dismiss Plaintiffs'
13 First Amended Complaint is due on February 13, 2012;
14     WHEREAS, Plaintiffs now seeks to dismiss certain plaintiffs and defendants as parties to
15 this action;
16     WHEREAS, Plaintiffs now seek to dismiss their sixth cause of action for overtime
17 violations under the California Labor Code;
18     WHEREAS, without waiving any of its rights or defenses, the Hospital consents to the
19 filing of Plaintiffs' Second Amended Complaint as of February 13, 2012;
20     WHEREAS based upon the Hospital's consent to the filing of Plaintiffs' Second
21 Amended Complaint, the Hospital's pending motion to dismiss should be withdrawn without
22 prejudice;
23     WHEREAS based upon the filing of Plaintiffs' Second Amended Complaint as of
24 February 13, 2012, the Hospital's deadline to file a responsive pleading to the Second Amended
25 Complaint is February 27, 2012.
26     NOW THEREFORE, the Parties hereby stipulate and agree that:
27
28

1.     Plaintiffs' Second Amended Complaint shall be deemed filed as of **February 13, 2012** without further motion, hearing and/or proceedings in the form attached hereto as **Exhibit A**;

2.     Plaintiffs voluntarily dismiss named defendants ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, and ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION;

3.     The Hospital's pending motion to dismiss Plaintiffs' First Amended Complaint is voluntarily withdrawn without prejudice;

4.     The time for the Hospital to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint shall be and hereby is extended by 28 days from February 27, 2012 to and including **March 26, 2012**; and

5.     The parties agree to file a joint request for stay of this action, and specifically an extension of time for the Hospital to file a responsive pleading to the Second Amended Complaint until two weeks from the date the California Supreme issues its decision in *Brinker Restaurant Corp. et al. v. Superior Court*, Case No. S166350.

6.     The Scheduling Conference now set for April 2, 2012 is continued to **June 25, 2012 at 2:00 p.m.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 13, 2012                    SEYFARTH SHAW LLP


By   s/ Alfred L. Sanderson, Jr.
     Alfred L. Sanderson, Jr.
Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE
HOSPITAL, INC. DBA ST. HELENA
HOSPITAL CLEARLAKE

1  DATED: February 13, 2012                         HOFFMAN EMPLOYMENT LAWYERS, LLP
2
3
4                                                    By   s/ Michael Hoffman
                                                         Michael Hoffman
                                                    Attorneys for Plaintiffs
5                                                   RICHARD ALLEN
                                                    PATTIE DUKE
6                                                   PETRA MITCHELL
                                                    PATRICIA RAMSEY
7                                                   ALICIA JACKSON
8
9
10  **IT IS SO ORDERED.**
11
12
    Date: February 15, 2012
13
14
                                                    WILLIAM B. SHUBB
15                                                  UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              4