SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
Ferry Eden Lopez (SBN 274080)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN, PATTIE DUKE, PETRA MITCHELL, PATRICIA RAMSEY and ALICIA JACKSON, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH SYSTEM/WEST, ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., DBA ST. HELENA HOSPITAL CLEARLAKE; ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION, a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:11-cv-01900-WBS-GGH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR (1) FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT; (2) VOLUNTARY WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS; AND (3) EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: July 19, 2011 |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Eastern District Local Rule 144(a), plaintiffs RICHARD ALLEN, PATTIE DUKE, PETRA

1

MITCHELL, PATRICIA RAMSEY AND ALICIA JACKSON (collectively "Plaintiffs") and defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. DBA ST. HELENA HOSPITAL CLEARLAKE (the "Hospital"), collectively "the Parties", by and through their counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their original complaint (the "Complaint") in this action on July 19, 2011;

WHEREAS, the Hospital accepted service of the Complaint on October 7, 2011;

WHEREAS, Plaintiffs filed their first amended complaint (the "First Amended Complaint") in this action on December 14, 2011;

WHEREAS, the Hospital filed a motion to dismiss Plaintiffs' First Amended Complaint on January 27, 2012;

WHEREAS, Plaintiffs' opposition, if any, to the Hospital's motion to dismiss Plaintiffs' First Amended Complaint is due on February 13, 2012;

WHEREAS, Plaintiffs now seeks to dismiss certain plaintiffs and defendants as parties to this action;

WHEREAS, Plaintiffs now seek to dismiss their sixth cause of action for overtime violations under the California Labor Code;

WHEREAS, without waiving any of its rights or defenses, the Hospital consents to the filing of Plaintiffs' Second Amended Complaint as of February 13, 2012;

WHEREAS based upon the Hospital's consent to the filing of Plaintiffs' Second Amended Complaint, the Hospital's pending motion to dismiss should be withdrawn without prejudice;

WHEREAS based upon the filing of Plaintiffs' Second Amended Complaint as of February 13, 2012, the Hospital's deadline to file a responsive pleading to the Second Amended Complaint is February 27, 2012.

NOW THEREFORE, the Parties hereby stipulate and agree that:

1. Plaintiffs' Second Amended Complaint shall be deemed filed as of **February 13, 2012** without further motion, hearing and/or proceedings in the form attached hereto as **Exhibit A**;

2. Plaintiffs voluntarily dismiss named defendants ADVENTIST HEALTH, ADVENTIST HEALTH SYSTEM, ADVENTIST HEALTH INTERNATIONAL, ADVENTIST HEALTH CALIFORNIA MEDICAL GROUP, INC., ADVENTIST HEALTH PHYSICIANS NETWORK, and ADVENTIST HEALTH SOUTHERN CALIFORNIA MEDICAL FOUNDATION;

3. The Hospital's pending motion to dismiss Plaintiffs' First Amended Complaint is voluntarily withdrawn without prejudice;

4. The time for the Hospital to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint shall be and hereby is extended by 28 days from February 27, 2012 to and including **March 26, 2012**; and

5. The parties agree to file a joint request for stay of this action, and specifically an extension of time for the Hospital to file a responsive pleading to the Second Amended Complaint until two weeks from the date the California Supreme issues its decision in *Brinker Restaurant Corp. et al. v. Superior Court*, Case No. S166350.

6. The Scheduling Conference now set for April 2, 2012 is continued to **June 25, 2012 at 2:00 p.m.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: February 13, 2012                     SEYFARTH SHAW LLP


By   s/ Alfred L. Sanderson, Jr.
       Alfred L. Sanderson, Jr.
Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE
HOSPITAL, INC. DBA ST. HELENA
HOSPITAL CLEARLAKE

3

DATED: February 13, 2012

HOFFMAN EMPLOYMENT LAWYERS, LLP

By     s/ Michael Hoffman
          Michael Hoffman
Attorneys for Plaintiffs
RICHARD ALLEN
PATTIE DUKE
PETRA MITCHELL
PATRICIA RAMSEY
ALICIA JACKSON

**IT IS SO ORDERED.**

Date: February 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

14196367v.4    STIPULATION FOR (1) FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT;  (2) VOLUNTARY DISMISSAL OF DEF'S MOT. TO DISMISS; & (3) EXT. OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT