SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
Ferry Eden Lopez (SBN 274080)
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MITCHELL and ALICIA JACKSON, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST and ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., DBA ST. HELENA HOSPITAL CLEARLAKE, a California Corporation,<br><br>Defendants. | Case No. 2:11-cv-01900-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION, INCLUDING TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT, JOINT STATUS REPORT, AND INITIAL DISCLOSURES**<br><br>Complaint Filed: July 19, 2011 |

PLEASE TAKE NOTICE that pursuant to Eastern District Local Rule 144, plaintiffs PETRA MITCHELL and ALICIA JACKSON (collectively "Plaintiffs") and defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. (the "Hospital"), collectively "the Parties", by and through their counsel, enter into this stipulation to stay the entire action until May 31, 2012, including, but not limited to (1) an extension of time for the Hospital to respond to Plaintiffs' Second Amended Complaint from the currently set date of March 26, 2012 to May 31, 2012; (2) a continuance of the Parties' deadline to file a Joint Status Report from the

1

1   currently set date of March 19, 2012 to August 13, 2012; and (3) a continuance of the deadline to

2   file Initial Disclosures from the currently set date of March 19, 2012 to August 13, 2012.  The

3   Parties make this joint request on the belief that good cause exists for doing so as set forth below:

4        WHEREAS, the Court set the deadline to submit a Joint Status Report in this matter for

5   March 19, 2012;

6        WHEREAS, the Court set the deadline to file Initial Disclosures in this matter for March

7   19, 2012;

8        WHEREAS, on February 13, 2012, the Plaintiffs filed their Second Amended Complaint;

9        WHEREAS, also on February 13, 2012, the parties filed a Stipulation, which the court

10  entered into Order on February 15, 2012 ("February 15, 2012 Stipulation and Order");

11       WHEREAS, the February 15, 2012 Stipulation and Order provided, among other things,

12  that the Hospital's deadline to respond to the Second Amended Complaint shall be March 26,

13  2012 without limitation to the Parties ability to file a joint request for stay of this action, and

14  specifically an extension of time for the Hospital to file a responsive pleading to the Second

15  Amended Complaint until two weeks from the date the California Supreme Court issues its

16  decision in *Brinker Restaurant Corp. et al. v. Superior Court*, S166350 ("*Brinker*");

17       WHEREAS, the parties expect a decision in *Brinker* sometime in April 2012;

18       WHEREAS, the parties believe that the decision in *Brinker* may impact one or more of

19  Plaintiffs' claims alleged in their Second Amended Complaint;

20       WHEREAS, the Hospital may file a motion to dismiss and/or strike the Second Amended

21  Complaint following the *Brinker* decision on May 31, 2012;

22       WHEREAS, a motion to dismiss and/or strike the Second Amended Complaint would be

23  set for hearing sometime in July 2012;

24       WHEREAS, the Parties' Joint Status Report and Initial Disclosures should be filed after

25  any motion to dismiss and/or strike the Second Amended Complaint.

26  ///

27  ///

28

2

14281507v.2    STIPULATION AND [PROPOSED] ORDER TO STAY ACTION, INCLUDING TIME TO FILE
RESPONSIVE PLEADING, JOINT STATUS REPORT, AND INITIAL DISCLOSURES

1    IT IS HEREBY STIPULATED AND AGREED by the Parties that this action shall be

2  stayed until **May 31, 2012**;

3    IT IS FURTHER STIPULATED AND AGREED by the Parties that the time for the

4  Hospital to move, answer, or otherwise respond to Plaintiffs' Second Amended Complaint shall

5  be extended from March 26, 2012 to **May 31, 2012**;

6    IT IS FURTHER STIPULATED AND AGREED by the Parties that the Court should

7  continue the deadline for the Parties to file a Joint Status Report from March 19, 2012 to

8  **August 13, 2012**;

9    IT IS FURTHER STIPULATED AND AGREED by the Parties that the Court should

10  continue the deadline for Initial Disclosures from March 19, 2012 to **August 13, 2012**.  The

11  **Scheduling Conference** is continued from June 25, 2012 to **September 4, 2012 at 2:00 p.m.**

12              **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

13  DATED: March 19, 2012                         SEYFARTH SHAW LLP

15                                              By    s/ Alfred L. Sanderson, Jr.
                                                     Alfred L. Sanderson, Jr.
16                                              Attorneys for Defendant
                                                ADVENTIST HEALTH CLEARLAKE
17                                              HOSPITAL, INC. DBA ST. HELENA
                                                HOSPITAL CLEARLAKE

19                                              HOFFMAN EMPLOYMENT LAWYERS,
     DATED: March 19, 2012                      LLP

22                                              By    s/ Michael Hoffman
                                                Michael Hoffman
                                                Attorneys for Plaintiffs
23                                              PETRA MITCHELL and ALICIA JACKSON

24  **IT IS SO ORDERED.**

25  DATED:       March 20, 2012

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE