SEYFARTH SHAW LLP
Jeffrey A. Berman (SBN 50114)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
Ferry Eden Lopez (SBN 274080)
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC.
DBA ST. HELENA HOSPITAL CLEARLAKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MITCHELL and ALICIA JACKSON, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST and ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., DBA ST. HELENA HOSPITAL CLEARLAKE, a California Corporation,<br><br>Defendants. | Case No. 2:11-cv-01900-WBS-GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed: July 19, 2011 |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs PETRA MITCHELL and ALICIA JACKSON (collectively "Plaintiffs") and Defendant ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC. DBA ST. HELENA HOSPITAL CLEARLAKE (collectively the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of the above-captioned action.

///

1    IT IS FURTHER STIPULATED AND AGREED that dismissal of this action will not
2 affect the rights of the plaintiffs, if any, in pending Sacramento Superior Court cases, Case No.
3 2010-00073533 and Case No. 2012-00121329.

4    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5 DATED: May 16, 2012                    SEYFARTH SHAW LLP

7                         By    s/ Alfred L. Sanderson, Jr.
                              Alfred L. Sanderson, Jr.
8                         Attorneys for Defendant
                          ADVENTIST HEALTH CLEARLAKE
9                         HOSPITAL, INC. DBA ST. HELENA
                          HOSPITAL CLEARLAKE

11                                       HOFFMAN EMPLOYMENT LAWYERS, LLP
DATED: May 16, 2012
12

14                         By    s/ Michael Hoffman
                          Michael Hoffman
                          Attorneys for Plaintiffs
15                        PETRA MITCHELL and ALICIA JACKSON

17 **IT IS SO ORDERED.**

18 DATED:       May 16, 2012

20 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

14458283v.2